$14,290.68
#279416

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re:                                    §
BOUCHARD, ROGER                           §    Case No. 15-21275 JJT
                                          §
                                          §    2018 JUN 12 A 11: 50
                                          §    (CHAPTER 7)
                                          §    CLERK, U.S. BANKRUPTCY COURT
                                          §    DISTRICT OF CONNECTICUT
                                          §    HARTFORD
         Debtor(s).                       §
                                          §

**FILED**

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

____X_____   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: June 9, 2018

Bonnie C. Mangan, Trustee
Westview Office Park, 1050 Sullivan Avenue, Ste A3
South Windsor, CT 06074
(860) 644-4204

# EXHIBIT A

Case Name: BOUCHARD, ROGER
Case Number: 15-21275

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Santander Consumer USA, Inc.<br>1010 Mockingbird Lane<br>Dallas, TX 75247 | 1 | $14,215.00 | | $14,215.00 |
| Santander Consumer USA, Inc.<br>1010 Mockingbird Lane<br>Dallas, TX 75247 | Interest on Claim 1 | $ 75.68 | | 75.68 |