# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

Debtor 1  **Roger** _First Name_  **Middle Name**  **Bouchard** _Last Name_

Case number: **15-21275**
Chapter: **7**

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $12,434.15 |
| Claimant's Name: | Roger Bouchard |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 111 Deerfield Ave. Waterbury, CT 06708  203-232-6621  max1066ct@yahoo.com |

*FILED 2019 DEC 16 A 10 25 — CLERK, U.S. BANKRUPTCY COURT, DISTRICT OF CONNECTICUT, HARTFORD*

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [✓] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [✓] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

*Please see pg 3, Exhibit 2.*

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Connecticut
Connecticut Financial Center
157 Church St.
New Haven CT 06510

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12-16-19

Signature of Applicant: *[signed]*

Printed Name of Applicant: Roger Bouchard

Address: 111 Deerfield Ave.
Waterbury, CT 06708

Telephone: 203-232-6621

Email: max1066ct@yahoo.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ___

Signature of Co-Applicant (if applicable): ___

Printed Name of Co-Applicant (if applicable): ___

Address: ___

Telephone: ___

Email: ___

---

**6. Notarization**
STATE OF Connecticut
COUNTY OF New Haven

This Application for Unclaimed Funds, dated 12-16-19 Roger Bouchard was subscribed and sworn to before me this 16 day of December, 2019 by

Roger Bouchard

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public *[signed]*
Kyle Hauseknecht
My commission expires: 1/31/2023

**6. Notarization**
STATE OF ___
COUNTY OF ___

This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20___ by

___

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public ___
My commission expires: ___

---