# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | ) Case No. 15-21275 |
| | ) |
| Roger Bouchard | ) Chapter 7 |
| | ) |
| Debtor | ) ECF No. 151 |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

It appears that on July 13, 2017, the Chapter 7 Trustee issued check 119 in the amount of $12,434.15 to Roger Bouchard ("Debtor").

On July 19, 2017, Debtor cashed the check.

On December 16, 2019, Debtor filed an application for payment of unclaimed funds in the amount of $12,434.15 deposited with the court pursuant to 11. U.S.C. § 347(a).

The court is not holding unclaimed funds on behalf of Debtor. .

Accordingly, it is hereby:

**ORDERED** that the court **DENIES** the application.

Dated at Hartford, Connecticut this 27th day of December, 2019.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut